IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON GARCIA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 3:17-cv-02792-N |
| v. | § | |
| | § | |
| PROCOLLECT, INC. | § | |
| | § | |
| *Defendant*. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jason Garcia and Defendant ProCollect, Inc. stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice, each party to bear its own fees and costs. The parties request the court retain jurisdiction for sixty (60) days for the limited purpose of enforcing the settlement should the need arise.

AGREED AS TO FORM AND CONTENT:   SEPTEMBER 14, 2018

By: s/ Michael K. Bane__
    MICHAEL K. BANE
    State Bar No. 6285689

HYSLIP & TAYLOR, LLC, LPA
1100 W. Cermak Road, Suite B410
Chicago, Illinois 60608
(312) 380-6110 – Telephone
(312) 361-3509 – Telecopy
michael@lifetimedebtsolutions.com

ATTORNEYS FOR PLAINTIFF
JASON GARCIA

By: _____
    JOHN W. BOWDICH
    State Bar No. 00796233

BOWDICH & ASSOCIATES, PLLC
10440 N. Central Expy., Ste. 1540
Dallas, Texas 75231
(214) 307-9500 – Telephone
(214) 307-5137 – Telecopy
jbowdich@bowdichlaw.com

ATTORNEYS FOR DEFENDANT
PROCOLLECT, INC.